B2650 (Form 2650) (12/15)

FILED
2024 JAN -3 PM 12:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____ans____

# United States Bankruptcy Court
__Middle__ District Of __Florida__

In re __North Florida Productions, LLC.__
        Debtor

Case No. __3:19-bk-3671-JAF__

Chapter __7__

__Gordon P. Jones, Chapter 7 Trustee__
        Plaintiff

2:24-mc-00003-UA

v.

__Cope-Land Touring, Inc.__
        Defendant

Adv. Proc. No. __3:18-ap-00007-JAF__

PAID
JAN - 2 2024
CLERK U.S. DISTRICT COURT

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on __November 8, 2018__ as __ASH__
                                                                                                              (date)
it appears in the records of this court, and that:

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☒ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
          (name of court)                                              (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
                                    (date)

__12/5/23__
Date

_Sheryl L. Loesch_
Clerk of the Bankruptcy Court

By: _Cathy Perkins_
Deputy Clerk

ORDERED.

Dated: November 08, 2018

*[Signature]*
Jerry A. Funk
United States Bankruptcy Judge

I certify the foregoing to be true and correct copy of the original.
CLERK OF COURT
U.S. BANKRUPTCY COURT
By: *[Signature]*
Dated: 12/5/23

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**NORTH FLORIDA PRODUCTIONS, LLC,**<br><br>Debtor. | Case No. 3:17-bk-3616-JAF<br><br>Chapter 7 |
| **GORDON P. JONES, CHAPTER 7 TRUSTEE,**<br><br>Plaintiff,<br>v.<br><br>**COPE-LAND TOURING, INC.,**<br><br>Defendant. | Adv. Pro. No. 3:18-ap-7-JAF |

## FINAL JUDGMENT

This Adversary Proceeding came before the Court upon Plaintiff's, Gordon P. Jones, Chapter 7 Trustee, Amended Motion for Summary Judgment (Doc. No. 41). Upon the Court's Order Granting Plaintiff's Amended Motion for Summary Judgment separately entered, it is

**ORDERED AND ADJUDGED:**

1. Judgment as to all counts of Plaintiff's Complaint[1] is entered in favor of Plaintiff and against Defendant.

2. The post-petition Transfer of $30,000 is a void post-petition transfer of property of the bankruptcy estate pursuant to 11 U.S.C. § 549.

3. Pursuant to 11 U.S.C. § 550, Judgment is hereby entered in favor of the Plaintiff and against the Defendant in the amount of $30,000.

4. Judgment is also entered in favor of the Plaintiff and against Defendant in the amount of $350 as costs as and for the filing fee in this Adversary Proceeding.

5. Therefore, the total amount of this Judgment is $30,350, plus interest which shall accrue as of the date of the Judgment at the federal statutory rate pursuant to 28 U.S.C. § 1961, all for which let execution issue forthwith.

6. The address of Plaintiff, Gordon P. Jones, in his capacity as Chapter 7 Trustee of the bankruptcy estate of *In re North Florida Productions, LLC*; United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 3:17-bk-3616-JAF, is Post Office Box 600459, Jacksonville, Florida 32260.

7. The last known address of Defendant is: Cope-Land Touring, Inc., Attn: Clarence Greenwood, President, c/o Michael Leonard, 11900 West Olympic Boulevard, Suite 410, Los Angeles, California 90064, and Cope-Land Touring, Inc., Attn: Clarence Greenwood, President, c/o EResidentAgent, Inc., its Registered Agent, 11900 West Olympic Boulevard, Suite 410, Los Angeles, California 90064.

---

[1] Capitalized terms not defined herein shall have the same meaning as set forth in the Court's Order Granting Plaintiff's Motion for Summary Judgment.

8. This judgment may be recorded in the public records of any and all appropriate jurisdictions.

P.C. Liang

Assignee of Record

556 S. Fair Oaks Ave., Ste.101, #577

Pasadena CA 91105

(435) 527-5270

IN PRO PER

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FOR THE JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br> NORTH FLORIDA PRODUCTIONS, LLC <br><br> Debtor. <br><br><br> GORDON P. JONES, <br> CHAPTER 7 TRUSTEE, <br> Plaintiff, <br><br> V. <br><br> COPE-LAND TOURING, INC <br><br> Defendant | CASE NO: 3:17-bk-3616-JAF <br><br> Adv.Pro.No. 3:18-ap-00007-JAF <br><br><br><br><br><br> NOTICE OF AND <br> ACKNOWLEDGMENT OF <br> ASSIGNMENT OF JUDGMENT |

COMES NOW, CREDITOR, INTERCOASTAL FINANCIAL, LLC, in the above captioned matter, and moves the Court to hereby accept this Notice and Assignment of Judgment. In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 11/08/2018.

2) THAT Judgment was entered in favor of Plaintiff and against Defendants, COPE-LAND TOURING, INC in the total amount of $30,350.00.

3) THAT there have been no renewals since the entry of said judgment by this Court and the Plaintiff(s) has/ have received $0.00 of judgment from Defendant(s).

6) THAT INTERCOASTAL FINANCIAL, LLC, at 7954 Transit Rd #144, Williamsville, NY 14221, is/ was the judgment creditor of record.

6) THAT the last address of record for the judgment debtor is/was Cope-Land Touring,Inc., Attn: Clarence Greenwood, President, % Michael Leonard, 11900 W. Olympic Boulevard , Suite 410, Los Angeles California 90064, and Cope-Land Touring, Inc., Attn: Clarence Greenwood, President, % EResidentAgent, Inc, 11900 W. Olympic Boulevard , Suite 410, Los Angeles California 90064.

7) THAT I /We hereby authorize, without limitation, the transfer and assignment of All title, rights, interests and authority, and all other rights in law and/ or equity be past, present or future, in said judgment to the following person:

P. C. LIANG

556 S Fair Oaks Ave,

Ste. 101, #577

PASADENA CA 91105

8) THAT I/ We relinquish all claim of right(s) in the above captioned matter to Assignee as a full and final assignment, and pray the Clerk of the Court file this Notice of and Acknowledgement of Assignment in the above captioned case forthwith, so naming P. C. Liang as Assignee of Record.

Signed this 30th day of October, 2023 at Amherst NY.

Signature: _____

GEORGE BECHAKAS/ CEO OF INTERCOASTAL FINANCIAL, LLC

## Acknowledgement Form

State of  New York           )

                             )ss.:

County of  Erie              )


On the  30th  day of  October  in the year 2023 , before me, the undersigned notary public, personally appeared  George T. Bechakas , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____ Notary Public

Elpiniki M. Bechakas
Notary Public, State of New York
Reg. No 02BE4977758
Qualified in Erie County
Commission Expires February 11, 2027

```
1  P.C.Liang
2  Assignee of Record
3  556 S. Fair Oaks Ave., Ste.101, #577
4  Pasadena CA 91105
5  (435) 527-5270
6  IN PRO PER
7
```

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FOR THE JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| NORTH FLORIDA PRODUCTIONS, LLC ) | CASE NO: 3:17-bk-3616-JAF |
|          ) | |
| Debtor. ) | Adv.Pro.No. 3:18-ap-00007-JAF |
|          ) | |
|          ) | |
| GORDON P. JONES, ) | |
| CHAPTER 7 TRUSTEE, ) | |
| Plaintiff, ) | |
|          ) | |
| V. ) | NOTICE OF AND |
|          ) | ACKNOWLEDGMENT OF |
| COPE-LAND TOURING, INC ) | ASSIGNMENT OF JUDGMENT |
|          ) | |
| Defendant ) | |
|          ) | |

**COPY**

COMES NOW, CREDITOR, INTERCOASTAL FINANCIAL, LLC, in the above captioned matter, and moves the Court to hereby accept this Notice and Assignment of Judgment. In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 11/08/2018.

2) THAT Judgment was entered in favor of Plaintiff and against Defendants, COPE-LAND TOURING, INC in the total amount of $30,350.00.

3) THAT there have been no renewals since the entry of said judgment by this Court and the Plaintiff(s) has/ have received $0.00 of judgment from Defendant(s).

6) THAT INTERCOASTAL FINANCIAL, LLC, at 7954 Transit Rd #144, Williamsville, NY 14221, is/ was the judgment creditor of record.

6) THAT the last address of record for the judgment debtor is/was Cope-Land Touring, Inc., Attn: Clarence Greenwood, President, % Michael Leonard, 11900 W. Olympic Boulevard, Suite 410, Los Angeles California 90064, and Cope-Land Touring, Inc., Attn: Clarence Greenwood, President, % EResidentAgent, Inc, 11900 W. Olympic Boulevard, Suite 410, Los Angeles California 90064.

7) THAT I /We hereby authorize, without limitation, the transfer and assignment of All title, rights, interests and authority, and all other rights in law and/ or equity be past, present or future, in said judgment to the following person:

P. C. LIANG
556 S Fair Oaks Ave,
Ste. 101, #577
PASADENA CA 91105

8) THAT I/ We relinquish all claim of right(s) in the above captioned matter to Assignee as a full and final assignment, and pray the Clerk of the Court file this Notice of and Acknowledgement of Assignment in the above captioned case forthwith, so naming P. C. Liang as Assignee of Record.

Signed this 30th day of October, 2023 at Amherst NY.

Signature: _____

GEORGE BECHAKAS/ CEO OF INTERCOASTAL FINANCIAL, LLC