P.C.Liang
Assignee of Record
556 S. Fair Oaks Ave., Ste101-577
Pasadena CA 91105
(435) 527-5270
Appearing in Pro Se

```
FILED
CLERK, U.S. DISTRICT COURT
1/4/24
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS___ DEPUTY
```

# UNITED STATES DISTRICT COURT OF CALIFORNIA,
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON P JONES, CHAPTER 7 TRUSTEE<br>Plaintiffs,<br><br>vs.<br><br>COPE-LANE TOURING INC<br>Defendants | Case No. 2:24-MC-0003- UA<br><br>**REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) of the Federal Rules of Civil Procedure]<br><br>[No Hearing Required] |

   P.C.Liang, Assignee of record, hereby requests under the provisions of Rule 4.1(a) of the Federal Rules of Civil that any County Registered Process Server who is at least 18 years of age,
of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs and all additional process in the above case. The U.S. Marshal's Office will remain the levying officer.

Dated this __4TH_ day of __JANUARY___, 2024.

*[signature]*

_____

P.C.Liang

Signed at ____LOS ANGELES_____, California.

REQUEST FOR ORDER RE: SERVICE OF PROCESS BY REGISTERED PROCESS SERVER

1